David D. Park, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
0324 S.W. Abernethy Street
Portland, Oregon  97239-4356
Telephone:     (503) 227-1690
Facsimile:     (503) 274-8384
E-mail:  dave@elliott-park.com

    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER TARNOVSKY,<br><br>    Plaintiff,<br><br>v.<br><br>MOVE CENTRAL, INC., a California corporation,<br><br>    Defendant. | Case No.  3:20-cv-00446-MO<br><br>**AMENDED COMPLAINT**<br>(Freight damage, Carmack Amendment, 49 USC §14706)<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff alleges:

**JURISDICTION AND VENUE**

1. This claim is brought pursuant to 49 U.S.C. §14706 (the "Carmack Amendment") and this court has jurisdiction over the claim pursuant to 28 U.S.C. §1337(a).

2. Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2) because a substantial

1 - **AMENDED COMPLAINT**

ELLIOTT & PARK, P.C.
Attorneys at Law
Abernethy House
0324 S.W. Abernethy Street
Portland, Oregon  97239-4356
(503) 227-1690
Fax: (503) 274-8384

part of the property which is the subject of this action is situated in Washington County, Oregon, and a substantial part of the events or omissions giving rise to the claim occurred in this district.

## PARTIES

3. Plaintiff is now, and has been at all material times, a resident of Portland, Washington County, Oregon.

4. Defendant is now, and has been at all material times, a California corporation operating as an interstate motor carrier of property.

## CLAIM FOR RELIEF

5. On or about October 24, 2018, plaintiff tendered and defendant took delivery from plaintiff at plaintiff's then residence at 2339 Carioca Place, Vista, California 92084, for interstate shipment to plaintiff's new residence in Portland, Oregon, of household goods and home business personal property and equipment, including the following items: an ESEC Wire Bonder machine, Model KNS 4524D, and a FEI Strata DB235 dual beam (FIB/SEM) microscope.

6. On or about January 16, 2019, defendant or its connecting carrier tendered delivery at plaintiff's Portland, Oregon residence of the FEI Strata DB235 dual beam microscope in a damaged and unusable condition and in breach of its contract of carriage. Defendant did not tender delivery of the ESEC Wire Bonder machine at that time, defendant having lost or misplaced said property.

7. On or about October 29, 2019, defendant or its connecting carrier tendered delivery at plaintiff's Portland, Oregon residence of the ESEC Wire Bonder machine in a damaged and unusable condition and in breach of its contract of carriage.

8. Plaintiff has been damaged in the amount of $162,538.00.

2 - AMENDED COMPLAINT

ELLIOTT & PARK, P.C.
Attorneys at Law
Abernethy House
0324 S.W. Abernethy Street
Portland, Oregon  97239-4356
(503) 227-1690
Fax: (503) 274-8384

9. Plaintiff timely filed a claim in writing for the damage with defendant.

10. Plaintiff is entitled to pre-judgment interest at the statutory rate from January 16, 2019.

11. Plaintiff is entitled to recover his attorney fees pursuant to 49 U.S.C. §14708(d).

## PRAYER

Wherefore, plaintiff prays for judgment against defendant for damages in the amount of $162,538.00, for prejudgment interest on said sum, and for plaintiff's reasonable attorney fees, costs and disbursements incurred herein.

DATED: March 18, 2020

ELLIOTT & PARK, P.C.

/s/ David D. Park
_____
David D. Park, OSB #803358
Attorney for Plaintiff
E-mail: dave@elliott-park.com

3 - AMENDED COMPLAINT

ELLIOTT & PARK, P.C.
Attorneys at Law
Abernethy House
0324 S.W. Abernethy Street
Portland, Oregon 97239-4356
(503) 227-1690
Fax: (503) 274-8384